# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-1953
_____

WALT MCNEIL, in his official
capacity as Sheriff of Leon
County, Florida,

    Appellant,

    v.

BRIAN KIDDER,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

July 24, 2026

PER CURIAM.

    AFFIRMED.

ROBERTS, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Dawn P. Whitehurst, Michael Patrick Spellman, and Jeffrey Douglas Slanker of Sniffen & Spellman, P.A., Tallahassee, for Appellant.

William Albert Kempner, III, of Morgan & Morgan, Tallahassee; Brian James Lee of Morgan & Morgan, Jacksonville, for Appellee.